UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRENDA BARRETT, <br>                Plaintiff, <br>     vs. <br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br>                Defendant. | CASE NO. EDCV 10-1358 AGR <br><br> JUDGMENT |

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 13, 2011

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE